AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

KYRSTAN E. HARADEN,

*Plaintiff(s)*

v.

SENTRY RECOVERY & COLLECTIONS, INC.,

*Defendant(s)*

Civil Action No. 2:19-cv-00740

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Sentry Recovery & Collections, Inc.
c/o Registered Agent
James Gracitt
3080 S. Durango Dr., Suite 203
Las Vegas, Nevada 89117

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Nicholas M. Wajda
Law Offices of Nicholas M. Wajda, Esq.
871 Coronado Center Drive, Ste. 200
Henderson, NV 89052

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA K. KEMPI
CLERK

*signature*

(By) DEPUTY CLERK

April 30, 2019

DATE

*SERVED (watermark)*

IN THE UNITED STATES DISTRICT COURT

KYRSTAN E. HARADEN,
    Plaintiff(s),

VS.                              CASE NO:   2:19-cv-00740

SENTRY RECOVERY & COLLECTIONS, INC.,
    Defendant(s),

## DECLARATION OF SERVICE

STATE OF NEVADA
COUNTY OF Clark    ss.:

JOHN WHITE, being duly sworn says: That at all times herein Affiant was and is a citizen of the United States, over 18 years of age, and not a party to nor interested in the proceedings in which this Affidavit is made.

That Affiant received copy(ies) of the **SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES** On 5/3/2019 and served the same on 5/6/2019 at 2:06 PM by delivery and leaving a copy with:

**Alexia Barassas - Receptionist**, pursuant to NRS 14.020 as a person of suitable age and discretion, of the office of JAMES GRACITT, registered agent for SENTRY RECOVERY & COLLECTIONS, INC., at the registered address of:

**3080 S Durango Dr Ste 203, Las Vegas, NV 89117-9194**

A description of Alexia Barassas is as follows

| Gender | Color of Skin/Race | Hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Latino | Brown | 31-35 | 5'1 - 5'6 | 161-180 Lbs |

Pursuant to NRS 239B.030 this document does not contain the social security number of any person.

Affiant does hereby affirm under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.
Executed on: 5/6/2019
by JOHN WHITE
Registration: R-2019-00318

No notary is required per NRS 53.045

X_____
JOHN WHITE
Registration#: R-2019-00318
FRONT RANGE LEGAL PROCESS SERVICE 036
145 W SWALLOW RD
FORT COLLINS, CO 80525
(888) 387-3783




Order#: R71297 NVPRF411

3331