ALLICIA B. TOMOLO, ESQ.
SBN 12116
3080 South Durango Drive, Ste 207
Las Vegas, Nevada 89117
Telephone: (702) 946-8440
Fax: (702) 946-1035
abtomolo@gmail.com
Attorney for Defendant

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Krystan E. Haraden,                    )
                                       )
      Plaintiff,                 )
                                       )     Case No. 2:19-cv-00740
vs.                                    )
                                       )
Sentry Recovery and Collections, Inc. )     **STIPULATION AND ORDER**
                                       )     **EXTENDING TIME FOR**
                                       )     **DEFENDANTS RESPONSE TO**
      Defendant.                 )     **PLAINTIFF'S COMPLAINT**
_____)

## <u>STIPULATION</u>

    Defendants, Sentry Recovery and Collections, Inc. ("Defendants"), by and through their

respective counsel, hereby represent, and Plaintiff, Krystan E. Haraden ("Plaintiff") does not

object, as follows:

1. On April 30, 2019 Plaintiff filed a Complaint in the above entitled action
   ("Complaint").

2. Defendant Sentry Recovery and Collections, Inc. was served with the Complaint
   on May 7, 2019.

3. The Complaint was based on facts and allegations of an underlying debt ("Debt")
   and violation of Fair Debt Collection Practices Act ("FDCPA").

4. In an effort to attempt to resolve this action and to mitigate any further expenditure of time and costs, Plaintiff and Defendant have stipulated and agreed to extend the allowable time for Defendant to file a responsive pleading through June 7, 2019.

5. Defendants have requested the foregoing extension, and Plaintiff has agreed to that request.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

6.  This is the first request for an extension of this deadline made by the parties.

**DATED** this 23rd day of May 2019.

| | |
|---|---|
| Allicia B. Tomolo, Esq. | Law Offices of Nicholas Wajda, Esq. |

By:<u>/s/ Allicia B. Tomolo, Esq.</u>          By: <u>/s/ Nicholas Wajda, Esq.</u>
ALLICIA B. TOMOLO, ESQ.          Nicholas Wajda, Esq.
State Bar No: 265696          State Bar No: 11480
3080 South Durango Drive, Suite 207          871 Coronado Center Drive, #200
Las Vegas, NV 89117          Henderson, NV 89052
(702) 946-8440          (702) 900-6339
(702) 946-1035 Fax          nick@wajdalawgroup.com

Attorney for Defendant          Attorney for Plaintiff

IT IS SO ORDERED.

DATED: **May 31, 2019**

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE