ALLICIA B. TOMOLO, ESQ.
SBN 12116
3080 South Durango Drive, Ste 207
Las Vegas, Nevada 89117
Telephone: (702) 946-8440
Fax: (702) 946-1035
abtomolo@gmail.com
Attorney for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Krystan E. Haraden, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 2:19-cv-00740 |
| Sentry Recovery and Collections, Inc. | ) **SECOND STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS RESPONSE TO PLAINTIFF'S COMPLAINT** |
| Defendant. | ) |

## STIPULATION

Defendants, Sentry Recovery and Collections, Inc. ("Defendants"), by and through their respective counsel, hereby represent, and Plaintiff, Krystan E. Haraden ("Plaintiff") does not object, as follows:

1. On April 30, 2019 Plaintiff filed a Complaint in the above entitled action ("Complaint").

2. Defendant Sentry Recovery and Collections, Inc. was served with the Complaint on May 7, 2019.

3. The Complaint was based on facts and allegations of an underlying debt ("Debt") and violation of Fair Debt Collection Practices Act ("FDCPA").

4. In an effort to attempt to resolve this action and to mitigate any further expenditure of time and costs, Plaintiff and Defendant previously stipulated and

agreed to extend the allowable time for Defendant to file a responsive pleading through June 7, 2019, by way of a Stipulation filed with this honorable court on May 24, 2019.

5. The Order granting the above referenced Stipulation was filed and approved by this honorable court on May 31, 2019.

6. Defendants have requested an additional extension of time to further the discussion of resolution of this matter and Plaintiff has agreed to that request.

7. The parties have agreed to extend the allowable time for Defendant to file a responsive pleading through June 21, 2019.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

8. This is the second request for an extension of this deadline made by the parties.

**DATED** this 11th day of June 2019.

| | |
|---|---|
| Allicia B. Tomolo, Esq. | Law Offices of Nicholas Wajda, Esq. |
| By:/s/ Allicia B. Tomolo, Esq. | By: /s/ Nicholas Wajda, Esq. |
| ALLICIA B. TOMOLO, ESQ. | Nicholas Wajda, Esq. |
| State Bar No: 265696 | State Bar No: 11480 |
| 3080 South Durango Drive, Suite 207 | 871 Coronado Center Drive, #200 |
| Las Vegas, NV 89117 | Henderson, NV 89052 |
| (702) 946-8440 | (702) 900-6339 |
| (702) 946-1035 Fax | nick@wajdalawgroup.com |
| Attorney for Defendant | Attorney for Plaintiff |

IT IS SO ORDERED.

DATED: Jun 12, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE