TAXIARCHIS HATZIDIMITRIADIS
thtaz@sulaimanlaw.com
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
*Attorney for Plaintiff*

ALLICIA B. TOMOLO
abtomolo@gmail.com
3080 South Durango Drive
Las Vegas, NV 89117
Telephone: (702) 946-8440
Facsimile: (702) 946-1035
*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KRYSTAN E. HARADEN,<br><br>        Plaintiff,<br><br>  v.<br><br>SENTRY RECOVERY & COLLECTION, INC.<br><br>        Defendant. | Case No. 2:19-cv-00740-JCM-DJA<br><br>**JOINT STATUS REPORT** |

    Pursuant to this Honorable Court's Order August 19, 2019 [Dkt. No. 20], KRYSTAN E. HARADEN ("Plaintiff') and SENTRY RECOVERY & COLLECTION, INC. ("Defendant') by and through their respective counsel, jointly submit the following status report on settlement:

1. Both Parties remain in the process of meeting the requirements set in the settlement agreement.

1

2. Both Parties would request that this Honorable Court grant them an additional 30 days to file their dismissal documents.

Dated: October 14, 2019

/s/ Taxiarchis Hatzidimitriadis
Taxiarchis Hatzidimitriadis
Sulaiman Law Group, Ltd.
2500 S Highland Ave, Suite 200
Lombard, Illinois 60148
Phone: (630) 575-8181
thatz@sulaimanlaw.com
*Attorney for Plaintiff*

Respectfully submitted,

/s/ Allicia B. Tomolo
Allicia B. Tomolo
3080 Durango Drive, Suite 207
Las Vegas, NV 89117
Phone: (702) 946-8440
Facsimile: (702) 946-1035
abtomolo@gmail.com
*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2019, I electronically filed the foregoing using the Court's Case Management/Electronic Case File (CM/ECF) system which will effectuate service on all counsel of record.

*/s/ Taxiarchis Hatzidimitriadis*
Taxiarchis Hatzidimitriadis